UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

| | |
|---|---|
| United States of America, *ex rel.* Bryan Sandager, | Court File No. 08-CV-4805 (PAM/JJK) |
| Plaintiff, | **ORDER FOR WAIVER OF NOTICE AND EXTENSION OF SERVICE DEADLINE** |
| v. | |
| Hewlett Packard Co., et al., | |
| Defendants. | |

---

The above-mentioned matter came before this Court pursuant to Relator Bryan Sandager's motion for waiver of notice of motion pursuant to Local Rule 7.1 and his motion for a 90-day extension of service deadline pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that the motion is granted and a 90-day extension of the service deadline be and is hereby granted, from February 27, 2011 to May 28, 2011.

Dated: February  25 , 2011           BY THE COURT:


s/Paul A. Magnuson
Paul A. Magnuson
United States District Judge