**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, ex rel.<br>Bryan Sandager, | Court File No. 08-CV-4805 (PAM/TNL) |
| Plaintiff, | |
| v. | |
| Dell Marketing L.P.;<br>Vion Corporation;<br>ImmixTechnology, Inc.;<br>Government Acquisitions, Inc.;<br>Emtec Federal, Inc.;<br>Force 3, Inc.;<br>Unistar-Sparco Computers, Inc.;<br>Lyme Computer Systems, Inc.;<br>Insight Public Sector, Inc.;<br>Red River Computer Company;<br>MA Federal, Inc.;<br>Marzik, Inc.;<br>Promark Technology, Inc.;<br>World Wide Technology, Inc.;<br>AC Technology, Inc.;<br>A&T Marketing, Inc. d/b/a A&T Networks;<br>PC Specialists, Inc. a/k/a Technology Integration Group;<br>PC Mall Gov, Inc.; and<br>Commercial Data Systems, Inc; | **ORDER** |
| Defendants. | |

This matter is before the Court upon the Stipulation entered into by and among Plaintiff Bryan Sandager and Defendants Dell Marketing L.P.; Vion Corporation;

Government Acquisitions, Inc.; Lyme Computer Systems, Inc.; Insight Public Sector, Inc.; Red River Computer Company; MA Federal, Inc.; Marzik, Inc; World Wide Technology, Inc.; PC Specialists, Inc. a/k/a Technology Integration Group; and PC Mall Gov, Inc. (collectively "Defendants") through their counsel (Docket No. 114).

Based on that Stipulation, IT IS HEREBY ORDERED that:

1. Defendants shall have until January 17, 2012, to answer or otherwise respond to the Amended Complaint;

2. To the extent any Defendant brings a motion in lieu of answering, all such motions and supporting papers shall be filed by January 17, 2012; and

3. All Motions to Dismiss in this matter will be heard by the Court on Wednesday, April 11, 2012 at 9:30 a.m.  The parties shall submit their motion papers consistent with the requirements of Local Rule 7.1(b).

Dated: January 10, 2012

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge