✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America, ex rel. Bryan Sandager

V.

Dell Marketing, L.P.; Vion Corporation; ImmixTechnology, Inc.; Government Acquisitions, Inc.; Emtec Federal, Inc.; Force 3, Inc.; Unistar-Sparco Computers, Inc.; Lyme Computer Systems, Inc.; Insight Public Sector, Inc.; Red River Computer Company; MA Federal, Inc.; Promark Technology, Inc.; Word Wide Technology, Inc.; AC Technology, Inc.; A&T Marketing, Inc., d/b/a A&T Networks; PC Specialists, Inc. a/k/a Technology Integration Group; PC Mall Gov, Inc.; and Commercial Data Systems, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 08-4805 PAM/TNL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' Motions to Dismiss (Docket Nos. 116, 122, 128, 134, 139, 156, 161, 164, and 191) are **GRANTED**; and
2. Plaintiff's Amended Complaint (Docket No. 29) is **DISMISSED with prejudice**.

April 26, 2012
Date

RICHARD D. SLETTEN, CLERK

s/A. Linner
(By) A. Linner Deputy Clerk